| Name and address | |
|---|---|
| Darlene M. Ricker (SBN 151653)<br>24955 Pacific Coast Hwy., Ste. A204<br>Malibu, California 90265<br>Tel. (310) 457-8600<br>Fax (310) 457-8602<br>email: dmricker@aol.com | FILED<br>2006 AUG 15 PM 1:06 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>v.<br>HIPOLITA ACOSTA,<br>Defendant(s). | CASE NUMBER<br>CR-05-668(A)-MMM<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |
|---|---|

HIPOLITA ACOSTA      ☐ Plaintiff   ☑ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of _____FREDRICCO McCURRY_____
*New Attorney*

as attorney of record in place and stead of _____DARLENE RICKER_____
*Present Attorney*

Dated   8/14/06

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated   8/8/06      DMRicker
*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated   8/14/06

*Signature of New Attorney*

170373
*State Bar Number*

DOCKETED ON CM
AUG 16 2006

---

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)      REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY