Name and address

Darlene M. Ricker (SBN 151653)
24955 Pacific Coast Hwy., Ste. A204
Malibu, California 90265
T (310) 457-8600
F (310) 457-8602
email: dmricker@aol.com



FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 15 2006

CENTRAL DISTRICT OF CALIF.
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>v.<br>HIPOLITA ACOSTA,<br>Defendant(s). | CASE NUMBER<br>CR-05-668(A)-MMM<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |
|---|---|

The Court hereby orders that the request of:

HIPOLITA ACOSTA        ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute            FREDRICCO McCURRY            who is

☐ Retained Counsel    ☑ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

P.O. BOX 3695
*Street Address*

VAN NUYS, CA 91407-3695                fredlaw@earthlink.net
*City, State, Zip*                     *E-Mail Address*

(818) 901-6968            (818) 988-8989            170373
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record in place and stead of     DARLENE RICKER
                                                *Present Attorney*

is hereby    ☑ GRANTED       ☐ DENIED

Dated August 15, 2006

Margaret M. Morrow
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
AUG 18 2006

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY